TROUTMAN PEPPER LOCKE LLP
Chad Fuller (SBN 190830)
chad.fuller@troutman.com
Christine E. Nowland (SBN 318900)
Christine.nowland@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: 858.509.6000
Facsimile: 858.509.6040

Attorneys for Defendant
Wilshire Law Firm, P.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADAM NISMAN,

Plaintiff,

v.

WILSHIRE LAW FIRM, P.L.C.,

Defendant.

Case No. 5:26-CV-08346-EJD

(Assigned to Hon. Edward J. Davila)

**WILSHIRE LAW FIRM, P.L.C.'S CERTIFICATION OF INTERESTED PARTIES/CORPORATE DISCLOSURE STATEMENT (L.R. 3-15, F.R.C.P. 7.1(1)**

Complaint Filed: August 12, 2026

**CIVIL LOCAL RULE 3-15 CERTIFICATION OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Plaintiff Adam Nisman;
2. Defendant Wilshire Law Firm, P.L.C.;



TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

**FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Wilshire Law Firm, P.L.C. is a privately held professional law corporation organized and existing pursuant to the laws of the State of California. Wilshire has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: October 27, 2026

TROUTMAN PEPPER LOCKE LLP

By: */s/ Christine Nowland*
Chad Fuller
Christine E. Nowland
*Attorneys for Defendant*
Wilshire Law Firm, P.L.C.

TROUTMAN PEPPER LOCKE LLP
11682 EL CAMINO REAL
SUITE 400
SAN DIEGO, CA 92130

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, a copy of the foregoing **WILSHIRE LAW FIRM, P.L.C.'S CERTIFICATION OF INTERESTED PARTIES/CORPORATE DISCLOSURE STATEMENT (L.R. 3-15, F.R.C.P. 7.1(1)** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Christine Nowland*
Christine Nowland