UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADAM NISMAN,

Plaintiff,

v.

WILSHIRE LAW FIRM, P.L.C.,

Defendant.

Case No. 5:26-cv-08346 EJD

**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

The Court is in receipt of an application for admission of attorney Avi Kaufman *pro hac vice* (ECF No. 18). All counsel seeking admission *pro hac* vice must, pursuant to Civil Local Rule 11-3(a)(3), certify that an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel. In the referenced application, counsel indicates its local co-counsel in the case is Alex Jilizian. Mr. Jilizian is an active member of the California State Bar (CA SBN 362307) and a member of the bar of this Court. However, Mr. Jilizian's office address on record with this Court and on the case docket is in Hingham, Massachusetts. Additionally, the address for Mr. Jilizian that is listed on the application for admission pro hac vice is for Beach Box and Ship – a mailbox rental service. The Court therefore DENIES without prejudice the application for admission *pro hac vice* of Avi Kaufman.

**IT IS SO ORDERED.**

Dated: October 30, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California